DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MILITARY SELF STORAGE, LLC**,
Appellant,

v.

**PALM BEACH COMMUNITY BANK,** and
**PALM BEACH MINI GOLF, INC.,** a Florida corporation,
Appellees.

No. 4D17-3882

[October 18, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2014-CA-013888XXXMB.

Jonathan Mann and Robin Bresky of the Law Offices of Robin Bresky, Boca Raton, for appellant.

Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, and J. Michael Burman and Megan Wegerif of Reid Burman Lebedecker, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***